[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 23, 2010
JOHN LEY
CLERK

No. 09-12952
Non-Argument Calendar

_____

D. C. Docket No. 08-00099-CR-J-20-TEM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RODOLFO QUINONES-CORREA,
a.k.a. Mello,
a.k.a. Rodolfo Correa Quinones,
a.k.a. Juan Martinez,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 23, 2010)

Before TJOFLAT, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

David Taylor, appointed counsel for Rodolfo Quinones-Correa in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Quinones-Correa's conviction and sentence are **AFFIRMED.**